PD-0143-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/16/2015 2:28:54 PM
Accepted 10/16/2015 2:59:31 PM
ABEL ACOSTA
CLERK

PD-0143-15

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

THE STATE OF TEXAS, Appellant

v.

CYNTHIA AMBROSE, Appellee

Appeal from Bexar County

\* \* \* \* \*

**MOTION FOR LEAVE TO FILE
STATE PROSECUTING ATTORNEY'S
POST-SUBMISSION BRIEF
AS *AMICUS CURIAE***

\* \* \* \* \*

LISA C. McMINN
State Prosecuting Attorney
Bar I.D. No.13803300

JOHN R. MESSINGER
Assistant State Prosecuting Attorney
Bar I.D. No. 24053705

P.O. Box 13046
Austin, Texas 78711
information@spa.texas.gov
512/463-1660 (Telephone)
512/463-5724 (Fax)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

The State Prosecuting Attorney respectfully presents her motion for leave to file a Post-Submission Brief as Amicus Curiae under Texas Rule of Appellate Procedure 71.4. The State believes that re-examination of this Court's cases on the standard for review of unpreserved charge error will assist the Court in resolving Appellee's issues presented.

## PRAYER FOR RELIEF

WHEREFORE, the State of Texas prays that the Court of Criminal Appeals grant it leave to file its Post-Submission Brief as Amicus Curiae.

Respectfully submitted,


  /s/ John R. Messinger
JOHN R. MESSINGER
Assistant State Prosecuting Attorney
Bar I.D. No. 24053705

P.O. Box 13046
Austin, Texas 78711
information@spa.texas.gov
512/463-1660 (Telephone)
512/463-5724 (Fax)

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16ᵗʰ day of October, 2015, a

true and correct copy of the State's Motion for Leave to File a Post-Submission

Brief as Amicus Curiae has been eFiled or e-mailed to the following:

Dayna L. Jones
1800 McCullough Avenue
San Antonio, Texas 78212
daynaj33@gmail.com

S. Patrick Ballantyne
Assistant Criminal District Attorney
101 W. Nueva St., 7th floor
San Antonio, Texas 78205
sballantyne@bexar.org

    /s/ John R. Messinger
John R. Messinger
Assistant State Prosecuting Attorney